UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**SO ORDERED**

*/s/ Charles A. Shaw*
7-19-13

| | |
|---|---|
| Christy Cypret and James Cypret, | : |
| Plaintiffs, | : |
| v. | : Civil Action No.: 4:13-cv-01010 |
| Delta Outsource Group, Inc.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
### PURSUANT TO RULE 41(a)

Christy Cypret and James Cypret ("Plaintiffs"), by Plaintiffs' attorney, hereby withdraw the complaint and voluntarily dismiss this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 19, 2013

Respectfully submitted,

By: __/s/ Sergei Lemberg__
Sergei Lemberg, Esq.
LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

    I hereby certify that on July 19, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of Missouri Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                By /s/ Sergei Lemberg
                                                   Sergei Lemberg